# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00480-CV

**Michael Austin Rice, Appellant**

**v.**

**Marion R. Rice, Dorthy Rice, Sheila Rice Hemphill, Charlotte Rice Finley,
Rice Ranch Ltd., and Rice Ranch Management, LLC, Appellees**

### FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY
### NO. 2018187, THE HONORABLE ROBERT R. HOFMANN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Michael Austin Rice has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed on Appellant's Motion

Filed: September 12, 2019